No. 00–6514. BUBECK *v.* WALTER. C. A. 9th Cir. Certiorari denied.

No. 00–6516. MORENO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–6518. ASHBY *v.* CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 00–6529. GOLDEN *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 00–6541. HOBBY *v.* DISTRICT OF COLUMBIA PUBLIC SCHOOLS. Ct. App. D. C. Certiorari denied.

No. 00–6551. TUZINOWSKI *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 00–6558. SAAVEDRA *v.* CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 00–6562. BOONE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–6565. STEWART *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–6568. MUOIO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–6573. PETTYJOHN *v.* NEWBERRY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–6574. DEAN *v.* PIEDMONT NATURAL GAS CO. Ct. App. N. C. Certiorari denied.

No. 00–6577. KRANTZ *v.* WUTZER ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–6579. JOHNSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–6583. SMITH *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 00–6593. WILSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.